**ORDERED.**

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50529

Dated: February 01, 2011

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Martin Cox and Rosario Cox<br>    Debtors.<br>_____<br>Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11<br>    Movant,<br>  vs.<br>Martin Cox and Rosario Cox<br>Debtors; Jim D. Smith, Trustee.<br>    Respondents. | No. 0:10-bk-06897-EWH<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #47)<br><br>Hearing Date: January 27, 2011 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated May 11, 2006, and recorded in the office of the Yuma County Recorder wherein Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11 is the current beneficiary and Martin Cox and Rosario Cox have an interest in, further described as:

UNIT 2 ON LOT 18, OF BROOKHURST, ACCORDING TO THE DECLARATION OF HORIZONTAL PROPERTY REGIME RECORDED IN DOCKET 694, PAGE 697 AND IN DOCKET 703, PAGE 915, AND PER MAP RECORDED IN BOOK 6 OF PLATS, PAGE 12 AND REPLATTED IN BOOK 6 OF PLATS, PAGE 45, IN THE OFFICE OF THE COUNTY RECORDER OF YUMA COUNTY, ARIZONA.

TOGETHER WITH A PROPORTIONATE INTEREST IN AND TO THE COMMON AREAS, AS SET FORTH IN SAID DECLARATION OF HORIZONTAL PROPERTY REMINE AND AS SHOWN ON SAID PLAT.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.